

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2014

Nos. 04-14-00227-CV, 04-14-00228-CV, 04-14-00229-CV and 04-14-00230-CV

Bexar Appraisal District,
Appellant

v.

Sivage Investments, Ltd. and Sivage Community Development, Inc; Bitterblue Inc., Niemann Family Partnership, Linda Wittig, Custodian, et al., and Bitterblue/ Two Creeks Phase Two Ltd.; Smithson Road Development, LTD; and La Cantera Development Corp.

Appellees

Trial Court Case No. 2012-CI-04570

# ORDER

The Court has reviewed the records and briefs in these appeals and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in these appeals. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the causes are advanced for **ON BRIEFS** submission on November 13, 2014, to the following panel: Chief Justice Stone, Justice Angelini, and Justice Barnard. All parties will be notified of the Court's decision in these appeals in accordance with TEX. R. APP. P. 48.

Any party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeals. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on September 30, 2014.

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this September 30, 2014.

Keith E. Hottle, Clerk